UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION (CALTRANS), A PUBLIC ENTITY,<br><br>    Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 18-cv-06756-RS<br><br>**ORDER ON STIPULATION TO REMAND** |

Pursuant to the parties' stipulation (Docket 15), this matter is remanded to the Superior Court of the State of California in the County of Alameda.

**IT IS SO ORDERED**.

Dated: 12/04/2018

_____
RICHARD SEEBORG
United States District Judge